## First Department, November, 1934.

Bessie Stasny, Appellant, v. W. P. M. Van Iderstine, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Irving Trust Company, as Substituted Trustee under the Will of Frederick K. Agate, Deceased.— Decree entered April 21, 1934, affirmed, with costs to the respondents payable out of the estate. Appeal from decree entered February 14, 1934, dismissed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Joseph V. Lane, Respondent, v. Great Northern Railway Company and Another, Defendants, Impleaded with Hamburg-American Line, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Edwin L. Agostini and Others, Appellants, v. New York Casualty Company, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Mary Ray Lee, Respondent, v. Sylvester P. Larkin and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Gaetano Lemole, as Administrator, etc., of Gerardo Lemole, Deceased, Respondent, v. Marietta Mauro, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin O'Malley and Untermyer, JJ.

The People of the State of New York, Respondent, v. Frank Knapp, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and dismiss the information.

The People of the State of New York, Respondent, v. John Gatti (Correct Name John E. Gatti) and Others, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of Belle Hill Davis, Respondent, to Revoke Letters of Administration Formerly Issued to Willie Lewis (Davis), Appellant, on the Estate of Richard Davis, Deceased.— Decree affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

Joseph S. Blume & Co., Inc., Respondent, v. Pilot Reinsurance Company of New York, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., takes no part.

In the Matter of the Application of Thomas McMeekan, Respondent, against Department of Health and The Board of Health of the Department of Health of the City of New York and Others, Appellants.— Order affirmed, wiith twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.